```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No.: 8:16-cr-498-VMC-JSS

JUAN MANUEL RAMIREZ

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Juan Manuel Ramirez's motion for early termination of supervised release (Doc. # 72), filed on April 25, 2022. The United States Attorney's Office and the United States Probation Office do not oppose the request. (Doc. # 74). For the reasons that follow, the motion is granted.

**Discussion**

      Pursuant to 18 U.S.C. § 3583(e),

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

1

In July 2017, Mr. Ramirez was sentenced to 48 months' imprisonment, followed by three years' supervised release, for conspiracy to possess with intent to distribute 500 gram or more of cocaine. (Doc. # 64). According to Mr. Ramirez, he has approximately six months remaining on his term of supervised release. (Doc. # 72 at 1).

Mr. Ramirez now seeks early termination of his supervised release. According to his pro se Motion, he has "completed all [his] aftercare programs, stayed out of trouble, [and] maintained up to 3 jobs." (Id.). After consulting with the Probation Office, the government does not oppose early termination of supervision. (Doc. # 74).

The Court has considered numerous factors, including the factors set forth in 18 U.S.C. § 3553(a), the fact that Mr. Ramirez is not classified as a career drug offender or career criminal, that he has been free from any court-reported violations since he began his term of supervised release, and the fact that he appears to be gainfully employed and enjoys familial support.

In light of the factors stated above, Mr. Ramirez's good conduct on supervised release, and the consent of the probation officer and the government, the Court agrees that

Mr. Ramirez's supervised release should be terminated early pursuant to 18 U.S.C. § 3583(e)(1).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Juan Manuel Ramirez's motion for early termination of supervised release (Doc. # 72) is **GRANTED.** Juan Manuel Ramirez is discharged from supervised release effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of May, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE